## Lovejoy, Appellant, *v.* Duquesne Street Railway Company.

Argued Nov. 12, 1907.  Appeal, No. 187, Oct. T., 1907, by plaintiffs, from decree of C. P. No. 2, Allegheny Co., Jan. T., 1907, No. 1095, dismissing bill in equity in case of Francis T. F. Lovejoy et al. v. Duquesne Street Railway Company and the Bellefield Street Railway Company.  Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEW-ART, JJ.  Affirmed.

OPINION BY MR. JUSTICE ELKIN, January 6, 1908 :

For the reasons stated in an opinion handed down at No. 186, October Term, 1907, ante, p. 635, the decree entered by the learned court below is affirmed at the cost of appellants.